UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

**MATTHEW ZASO and TIMOTHY SIKORSKI,**
*and all other employees similarly situated,*

                *Plaintiffs,*

              *versus*

**CENTRAL FOOD PROCESSING EQUIPMENT, INC. and ANTHONY CIFERNI,**

              *Defendants.*

Civil Action No.
14-cv-06358

## CERTIFICATE OF SERVICE

I hereby certify that, on November 10, 2014, I electronically filed the foregoing Answer on behalf of Defendants, with the Clerk of the District Court using its CM/ECF system, which would then electronically notify the following CM/ECF participants in this case:

        Sarah M. Born, Esq.
        Thomas & Solomon LLP
        693 East Avenue
        Rochester, NY  14607
        sborn@theemploymentattorneys.com

        /s/  Robert P. Heary
        Robert P. Heary

8640951.1