UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**MATTHEW ZASO and TIMOTHY SIKORSKI,**
*and all other employees similarly situated,*

          *Plaintiffs,*

          *vs.*

**CENTRAL FOOD PROCESSING EQUIPMENT, INC. and ANTHONY CIFERNI,**

          *Defendants.*

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Civil Action No.
14-cv-06358

---

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Central Food Processing Equipment, Inc., by and through its attorneys, Hiscock & Barclay, LLP, hereby states that it is a non-governmental, privately held corporation that does not have any parent corporation, and that no publicly-held corporation directly or indirectly owns 10% or more of its stock.

**DATED:** November 10, 2014

**HISCOCK & BARCLAY, LLP**

By:   / s/  Robert P. Heary
       Robert P. Heary
       Megan E. Moran

Office and Post Office Address
1100 M&T Center
3 Fountain Plaza
Buffalo, New York 14203
Telephone: (716) 566-1570
Facsimile: (716) 846-1202
E-mail: rheary@hblaw.com
E-mail: mmoran@hblaw.com

*Attorneys for Defendants*
*Central Food Processing Equipment, Inc. and Anthony Ciferni*