UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

**MATTHEW ZASO and TIMOTHY SIKORSKI,**
*and all other employees similarly situated,*

          *Plaintiffs,*

          *vs.*

**CENTRAL FOOD PROCESSING EQUIPMENT, INC. and ANTHONY CIFERNI,**

          *Defendants.*

Civil Action No.
14-cv-06358

---

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2014, I electronically filed the foregoing Rule 7.1 Corporate Disclosure Statement with the Clerk of the District Court, Western District of New York, using its CM/ECF system, which would then electronically notify the following CM/ECF participants in this case:

        Sarah M. Born, Esq.
        Thomas & Solomon LLP
        693 East Avenue
        Rochester, New York 14607
        sborn@theemploymentattorneys.com

        /s/ Robert P. Heary
        Robert P. Heary